

1995 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-25-1995

# ACLU v Black Horse Pike

Precedential or Non-Precedential:

Docket 94-5233

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation

"ACLU v Black Horse Pike" (1995). *1995 Decisions.* Paper 196.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/196

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

NO. 94-5233

_____


THE AMERICAN CIVIL LIBERTIES UNION
OF NEW JERSEY, ON BEHALF OF ITS MEMBERS;
AND EDWARD ROSS

v.

BLACK HORSE PIKE REGIONAL BOARD OF EDUCATION;
HIGHLAND REGIONAL HIGH SCHOOL; FRANK PALATUCCI,
PRINCIPAL IN HIS OFFICE AND INDIVIDUAL CAPACITIES,

Appellants

_____


Present:  SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN,
          GREENBERG, HUTCHINSON, SCIRICA, COWEN, NYGAARD, ALITO,
          ROTH, LEWIS, McKEE, and SAROKIN, Circuit    Judges.


O R D E R


        A majority of the active judges having voted for
rehearing in banc in the above appeal, it is
        O R D E R E D  that the Clerk of this Court list the
above case for rehearing in banc at the convenience of the court.


                        By the Court,


                        \s\ Dolores K. Sloviter

                        Chief Judge

Dated: July 25, 1995